

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

*Kevin J. O'Connor*
*Partner*

New York

San Francisco

Los Angeles

Orange County

Miami

Washington, D.C.

Chicago

London

www.pecklaw.com

**VIA ECF**

November 14, 2011

Honorable Allyne R. Ross, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York  11201

RE:   Melamed v. Americare Certified Special Services, Inc.
       Docket No. 1:11-cv-04699-ARR-JMA
       Our File No. 3710-223170

Dear Judge Ross:

This office has been retained to represent Defendant Americare Certified Special Services, Inc. ("Americare") in the above-captioned matter commenced by Plaintiffs, Raisa Melamed and Galyna Malyaruk ("Plaintiffs").

Plaintiffs commenced this action on or about September 27, 2000, seeking damages for alleged violations of New York labor law.  They seek recovery in their own right and purportedly on behalf of a class of similarly situated employees for which they seek class action relief pursuant to Federal Rule of Civil Procedure 23.

Plaintiffs claim jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d)("CAFA").  The basis of this claim to jurisdiction is that the aggregated claims in the action will, according to Plaintiffs, reasonably exceed $5 million.

We wrote to Plaintiffs' counsel and requested that they furnish us with the factual basis for the claim of proper jurisdiction, and they subsequently furnished us with Home Health Aide Cost Report data in their position, purportedly filed by Defendant with a state agency.  A review of the data, however, shows that there is no support whatsoever for the claim of $5 million in aggregate damages.  Moreover, Defendant is prepared to show that the assumptions used in paragraph 7 of the Complaint to arrive at this $5 million figure—itself critically necessary for subject matter jurisdiction—are erroneous.



a member of the
ICLA International Construction Law Alliance

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

Honorable Allyne R. Ross, U.S.D.J.
United States District Court
Page 2
November 14, 2011

For the foregoing reasons, we respectfully request leave of Court to move to dismiss the Complaint pursuant to FRCP 12(b)(1) and the CAFA. We have communicated with Plaintiff's counsel and asked that he meet and confer on these issues to avoid a motion, but have not heard back from him.

Thank you in advance for your courtesies.

Respectfully submitted,

KEVIN J. O'CONNOR, ESQ.
KJO/ci
350683.1/11/14/11

cc: Jason Rozger, Esq. (via ECF and Regular Mail)
    Denis Serkin, Esq.