

# Peckar & Abramson

A Professional Corporation • Attorneys & Counselors at Law

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York
San Francisco
Los Angeles
Orange County
Miami
Washington, D.C.
Chicago
London

www.pecklaw.com

**VIA ECF**

May 21, 2012

Honorable Allyne R. Ross, U.S.D.J.
Honorable Joan M. Azrack, U.S.M.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Melamed v. Americare Certified Special Services, Inc., et. al.
      Docket No. 1:11-cv-04699-ARR-JMA

Dear Judges Ross and Azrack:

This firm represents Americare Certified Special Services, Inc. and Americare, Inc. ("Defendants") in the above matter. Pursuant to Your Honors' individual rules, and Judge Ross' May 14, 2012, order, we submit for approval, the following briefing schedule related to Defendants' motion to dismiss. We discussed these dates with and received consent from Plaintiffs' counsel, who is copied on this letter.

      Moving Papers:      June 1, 2012

      Opposition Papers:      June 29, 2012

      Reply Papers:      July 16, 2012

Respectfully submitted,

DENIS SERKIN
361528.1/05/21/12

cc:  Jason Rozger, Esq. (via ECF)
     Kevin J. O'Connor, Esq.


a member of the ICLA International Construction Law Alliance