**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ AUG 14 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
RAISA MELAMED and GALYNA MALYARUK, :         NO. 11-CV-
Individually and on behalf of all others similarly situated, :         4699(ARR)(JMA)
:
Plaintiffs, :         NOT FOR ELECTRONIC
:         OR PRINT PUBLICATION
-against- :
:         ORDER
AMERICARE CERTIFIED SPECIAL SERVICES, INC., :
and AMERICARE, INC. :
:
Defendants. X
--------------------------------------------------------------------

ROSS, United States District Judge:

Plaintiff filed the instant class action pursuant to the Class Action Fairness Act ("CAFA")

on behalf of similarly situated employees of Americare Certified Special Services, Inc., for

damages related to defendant's alleged failure to pay mandatory minimum, overtime and spread-

of-hours wages in violation of New York Labor law.  Now before the court is defendants'

motion to dismiss plaintiff's complaint for lack of jurisdiction pursuant to the "local

controversy" exception to CAFA. 28 U.S.C. 1332(d)(4)(B).  See Dkt. No. 19.  Plaintiffs do not

oppose the motion and concede that defendants have established that "more than two thirds of

the proposed class are citizens of New York, as are the Defendants." 28 U.S.C. 1332(d)(4)(B)

("A district court shall decline to exercise jurisdiction [under CAFA] . . . [if] two-thirds or more

of the members of all proposed plaintiff classes in the aggregate, and the primary defendants , are

citizens of the State in which the action was originally filed.")   Accordingly, defendant's

unopposed motion to dismiss the complaint is granted without prejudice to plaintiff's right to

refile the instant action in state court. Defendants' previous motion to dismiss, filed on May 10,

2012, Dkt. No. 17, regarding plaintiff's claim for damages is denied as moot.     The Clerk of

Court is directed to enter judgment accordingly.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated:        August 13, 2012
              Brooklyn, New York

2